UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

APPLICATION OF SAILED TECHNOLOGY (BEIJING) CO., LTD.,

Applicant.

Case No.:  MC22-0074-RSL

**ORDER**

On September 16, 2022, Sailed Technology (Beijing) Co., Ltd. filed an "*Ex Parte* Application for U.S. Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782." Dkt. # 1. The targets of the proposed subpoenas have opposed the application. Dkt. # 9.  In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 29th day of September, 2022.

Robert S. Lasnik
United States District Judge

ORDER - 1